# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GULFSTREAM NATURAL GAS SYSTEM, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CA 19-0270-KD-MU ) |
| TODD LE REDD and BETHANN REDD, | ) ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b) and dated August 28, 2019 (doc. 16) is **ADOPTED** as the opinion of this Court with the following additional reason the case is due to be remanded.

As plead, Plaintiff's complaint states Defendants are "residents and citizens of Mobile County, Alabama" (doc. 1-1, p. 7). Defendants' Notice of Removal similarly states "Defendants are from the state of Alabama, domiciled at property in question" in Alabama (doc. 1, p. 3). However, 28 U.S.C. § 1441(b)(2) prohibits removal of a case under 28 U.S.C. § 1332(a) diversity jurisdiction "if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Therefore, Defendants, as citizens of Alabama, may not remove this action brought in Alabama state court.

Accordingly, Plaintiff's motion to remand is GRANTED and this action is REMANDED

to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this 25th day of September 2019.


       s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**